# EXHIBIT 1

 

**United States Department of State**

*Bureau of Political-Military Affairs*
*Directorate of Defense Trade Controls*

*Washington, D.C. 20522-0112*

TO WHOM IT MAY CONCERN:

This is to certify that I, Robert S. Kovac, Managing Director, Directorate of Defense Trade Controls, Bureau of Political-Military Affairs, United States Department of State, am responsible for the administration of section 38 of the Arms Export Control Act, as amended, (22 U.S.C. § 2778), as it relates to the manufacture, brokering, temporary import, export and transfer of defense articles and defense services, and exercise the President's authority to control such activities, pursuant to authority delegated to the Secretary of State through section (1)(l)(1) of Executive Order 11958 (42 FR 4311), as amended.

I further certify that in the administration of section 38 of the Arms Export Control Act, as amended, and the International Traffic in Arms Regulations (ITAR), (22 C.F.R. Parts 120-130), issued pursuant thereto, the items identified below are defined by the ITAR as defense articles of a nature described on the U.S. Munitions List (USML), 22 C.F.R. Part 121, as shown:

EXHIBIT
/

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I ⟨…⟩fy That Robert S. Kovac, whose name is subscribed to the document hereunto annexed, was the ⟨…⟩ of subscribing the same Managing Director, Directorate of Defense Trade Controls, Bureau Po⟨…⟩ Military Affairs , Department of State, United States of America, and that full faith and dit⟨…⟩ue to his acts as such.

In testimony whereof, I, Hillary Rodham Clinton, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this tenth day of March, 2009.

_____
Secretary of State

By_____
Assistant Authentication Officer,
Department of State

Is⟨…⟩ursuant to Cl⟨…⟩tate of
S⟨…⟩ 1789, 1 Sta⟨…⟩9; 22
U⟨…⟩57; 22USC 20⟨…⟩ USC
30⟨…⟩USC 1733 et. ⟨…⟩ USC
14⟨…⟩RULE 44 Fede⟨…⟩les of
C⟨…⟩cedure.

Th⟨…⟩ificate is not valid if it is removed or altered in any way whatsoever

EXHIBIT
___1___

- Documents, items C1 to C23 - Design Concept & Main Structure (pp.1-38 & p.42) involving the Space Shuttle are technical data covered by USML Category XV(f);

- Document entitled "Integrated Ku-Band/S-Band Communications Sub-System & (New) Rendezvous Radar Sub-System" involving the Space Shuttle is technical data covered by USML Category XV(f);

- Document entitled "Durability and Damage Tolerance – Session 6, C-17 D&DT and Force Management" involving the C-17 aircraft is technical data covered by USML Category VIII(i);

- Document entitled "Durability and Damage Tolerance – Session 8, Lessons Learned from Full Scale Durability Test" involving the C-17 aircraft is technical data covered by USML Category VIII(i);

- Document entitled "Power Point: (Delta IV/EELV) Common Booster Core (CBC) Tail Service Mast (TSM) Overview" involving the Delta IV Rocket is technical data covered by USML Category IV(i); and

- Document entitled "Delta IV/EELV Common Booster Core (CBC) Tail Service Mast (TSM) Overview" involving Delta IV Rocket is technical data covered by USML Category IV(i).

Robert S. Kovac
Managing Director
Directorate of Defense Trade Controls

Department of State

EXHIBIT
/

# EXHIBIT 2

FD-302 (Rev. 10-6-95)

- 1 -

# FEDERAL BUREAU OF INVESTIGATION

Date of transcription  04/23/2009

GU Zhen Long (STC 7357/2182/7127), also known as KU ~~[redacted]~~ was interviewed by telephone. After he was notified of the identity of the interviewer, and the subject of the interview, he provided the following information.

GU denied having any knowledge of CHUNG Dongfan, also known as Greg CHUNG. GU was told of their meeting in Southern California in 1979, and that CHUNG had sent him some technical materials. GU denied that could happen as he only served as a translator on the trip. After being told CHUNG sent him materials, he denied ever receiving technical materials, and stated that materials from the 1979 trip to the U.S. that he directed be sent to the Peoples' Republic of China (PRC) were sent, but never arrived. He attributed this to the poor relations between the U.S. and PRC at the time, and that censors might have intercepted the materials. He does recall meeting a Mr. CHANG in Seattle, Washington.

The August 6th letter sent to GU by CHUNG was read to him verbatim, wherein it mentions several sets of technical documents GU had requested and CHUNG had sent him. GU denied requesting them, or ever receiving them. GU's September 9th response to CHUNG acknowledging receipt of the aforementioned materials was then read verbatim to him. Among other statements, GU mentions being "moved by [CHUNG's] patriotism", acknowledging CHUNG's "efforts towards the Four Modernizations of the motherland", and welcomes CHUNG's help "in the endeavor for the construction of our great socialist motherland." GU admitted that it appeared he had received the materials, but claimed he still had no recognition of CHUNG or these events. He acknowledged that the other professors mentioned in the letter were co-workers with him at that time. He claims to be retired from the Harbin Institute of Technology now at the age of 81. The attached 1A envelope contains the letters read to GU.

GU and his wife will be leaving April 30, 2009, for the PRC to visit family for two months, specifically two sisters, one of whom lives in Hong Kong. He will not be meeting with former work colleagues.

Investigation on  April 23, 2009  Santa Ana, California  (telephonically)

File # ~~[redacted]~~                              Date dictated  April 23, 2009

by  James E. Gaylord

EXHIBIT 2

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;