# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## ADDITIONAL TRANSCRIPT DESIGNATION AND ORDERING FORM

| | |
|---|---|
| 10-50074 | 8:08-CR-00024-CJC-1 |
| USA V. DONGFAN "GREG" CHUNG | FEBRUARY 12, 2010 |

**SECTION A** – TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT, CONT'D:

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| 06/03/09 | Maria Dellaneve | __ VOIR DIRE __ OPENING STATEMENTS __ SETTLEMENT INSTRUCTIONS __ CLOSING ARGUMENTS _ JURY INSTRUCTIONS __ PRE-TRIAL PROCEEDINGS **X** OTHER (PLEASE SPECIFY) 2nd DAY OF TRIAL |
| 06/04/09 | Maria Dellaneve | __ VOIR DIRE __ OPENING STATEMENTS __ SETTLEMENT INSTRUCTIONS __ CLOSING ARGUMENTS _ JURY INSTRUCTIONS __ PRE-TRIAL PROCEEDINGS **X** OTHER (PLEASE SPECIFY) 3rd DAY OF TRIAL |
| 06/05/09 | Maria Dellaneve | __ VOIR DIRE __ OPENING STATEMENTS __ SETTLEMENT INSTRUCTIONS __ CLOSING ARGUMENTS _ JURY INSTRUCTIONS __ PRE-TRIAL PROCEEDINGS **X** OTHER (PLEASE SPECIFY) 4TH DAY OF TRIAL |
| 06/09/09 | Maria Dellaneve | __ VOIR DIRE __ OPENING STATEMENTS __ SETTLEMENT INSTRUCTIONS __ CLOSING ARGUMENTS _ JURY INSTRUCTIONS __ PRE-TRIAL PROCEEDINGS **X** OTHER (PLEASE SPECIFY) 5TH DAY OF TRIAL |
| 06/10/09 | Maria Dellaneve | __ VOIR DIRE __ OPENING STATEMENTS __ SETTLEMENT INSTRUCTIONS __ CLOSING ARGUMENTS _ JURY INSTRUCTIONS _ PRE-TRIAL PROCEEDINGS **X** OTHER (PLEASE SPECIFY) 6TH DAY OF TRIAL |

| Date | Reporter | Proceedings |
|---|---|---|
| 06/11/09 (Vol 1) | Maria Dellaneve | __ VOIR DIRE __ OPENING STATEMENTS __ SETTLEMENT INSTRUCTIONS __ CLOSING ARGUMENTS _ JURY INSTRUCTIONS __ PRE-TRIAL PROCEEDINGS **X** OTHER (PLEASE SPECIFY) 7TH DAY OF TRIAL |
| 06/11/08 (Vol 2) | Deborah Parker | __ VOIR DIRE __ OPENING STATEMENTS __ SETTLEMENT INSTRUCTIONS __ CLOSING ARGUMENTS _ JURY INSTRUCTIONS __ PRE-TRIAL PROCEEDINGS **X** OTHER (PLEASE SPECIFY) 7TH DAY OF TRIAL |
| 06/12/09 | Maria Dellaneve | __ VOIR DIRE __ OPENING STATEMENTS __ SETTLEMENT INSTRUCTIONS __ CLOSING ARGUMENTS _ JURY INSTRUCTIONS __ PRE-TRIAL PROCEEDINGS **X** OTHER (PLEASE SPECIFY) 8TH DAY OF TRIAL |
| 06/16/09 (Vol 1) | Maria Dellaneve | __ VOIR DIRE __ OPENING STATEMENTS __ SETTLEMENT INSTRUCTIONS __ CLOSING ARGUMENTS _ JURY INSTRUCTIONS __ PRE-TRIAL PROCEEDINGS **X** OTHER (PLEASE SPECIFY) 9TH DAY OF TRIAL |
| 06/24/09 (Vol 1) | Maria Dellaeve | __ VOIR DIRE __ OPENING STATEMENTS __ SETTLEMENT INSTRUCTIONS **X** CLOSING ARGUMENTS **X** JURY INSTRUCTIONS __ PRE-TRIAL PROCEEDINGS **X** OTHER (PLEASE SPECIFY) 10TH DAY OF TRIAL |
| 06/24/09 (Vol 2) | Deborah Parker | __ VOIR DIRE __ OPENING STATEMENTS __ SETTLEMENT INSTRUCTIONS __ CLOSING ARGUMENTS _ JURY INSTRUCTIONS __ PRE-TRIAL PROCEEDINGS **X** OTHER (PLEASE SPECIFY) 10TH DAY OF TRIAL |
| 7/16/09 | Maria Dellaeve | __ VOIR DIRE __ OPENING STATEMENTS __ SETTLEMENT INSTRUCTIONS **X** CLOSING ARGUMENTS _ JURY INSTRUCTIONS __ PRE-TRIAL PROCEEDINGS **X** OTHER (PLEASE SPECIFY) HEARING RE MEMORANDUM OF DECISION |

| | | |
|---|---|---|
| 10/05/09 | Maria Dellaeve | __ VOIR DIRE  __ OPENING STATEMENTS __ SETTLEMENT INSTRUCTIONS __ CLOSING ARGUMENTS _ JURY INSTRUCTIONS __ PRE-TRIAL PROCEEDINGS  **X** OTHER (PLEASE SPECIFY) MOTION HEARING |
| 02/08/10 | Maria Dellaeve | __ VOIR DIRE  __ OPENING STATEMENTS __ SETTLEMENT INSTRUCTIONS __ CLOSING ARGUMENTS _ JURY INSTRUCTIONS __ PRE-TRIAL PROCEEDINGS  **X** OTHER (PLEASE SPECIFY) SENTENCING HEARING |

4

# CERTIFICATE OF SERVICE

I, Janine Philips, declare,

That I am a citizen of the United States and am a resident or employed in Orange County, California; that my business address is 115 Avenida Miramar, San Clemente, California 92672; that I am over the age of 18 and not a party to the above-entitled action.

That I am employed by a member of the United States District Court for the Central District of California and at whose direction I caused service of: **DEFENDANT DONGFAN "GREG" CHUNG'S TRANSCRIPT DESIGNATION AND ORDERING FORM** on the interested parties as follows:

**X   BY ELECTRONIC MAIL:** by electronically filing the foregoing with the Clerk of the District Court using its ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies said parties in this case:

| | |
|---|---|
| AUSA Gregory W. Staples | AUSA Ivy Wang |
| Office of US Attorneys | Office of US Attorneys |
| USACAC.SACriminal@usdoj.gov | USACAC.SACriminal@usdoj.gov |
| Greg.staples@usdoj.gov | *Via electronic mail* |
| *Via electronic mail* | |

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This certificate was executed on March 5, 2010, at San Clemente, California.

*S/Janine Philips*_____
Janine Philips