United States District Court
For The Central District of California
Santa Anna Division

FILED
CLERK, U.S. DISTRICT COURT
03/16/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___gga___ DEPUTY

Dongfan G. Chung )
)
    Petitioner )
)
)
v. ) SACR 08-00024-CJC
)
)
United States of America )
)
    Respondent )
)
)

## SEC 603 Federal Prisoner Re-Entry Initiative Reauthorization; Modification of Imposed Term of Imprisonment

Petitioner Dongfan G. Chung, pro se, respectfully moves this Court pursuant to the newly amended Federal Prisoner Re-Entry Initiative Reauthorization; Modification of Imposed Term of Imprisonment - Section 231(g) of the Second Chance Act of 2007 (34 U.S.C. 605418) is amended: [Upon written request from either the Bureau of Prisons or <u>an eligible elderly offender</u> or eligible terminal ill elderly offender" after "to home confinement."

## SEC 602 Home Confinement For Low-Risk Prisoners

I am requesting immediate release from Butner LSCI since I have met the qualifications for home confinement for low-risk prisoners under section 3642(c)(2) of Title 18, United States Code amended by adding at the end of the following: "The Bureau of Prisons shall, to the extent practicable, place prisoners with lower risk levels and lower needs."

## SEC 603 Federal Prisoner Re-Entry Initiative Reauthorization; Modification of Imposed Term of Imprisonment

(a) Federal Prisoner Re-Entry Initiative Reauthorization - Section 231(g) of the Second Chance Act of 2007 (34 U.S.C. 60541(g)) is amended: "Upon written request from either the Bureau of Prisons or an eligible elderly offender of eligible terminal ill offender" after "to home confinement."

(5)(b) In subparagraph (a) - I meet the age requirement
   clause (i) "60 years of age"
   clause (ii) "2/3" (66.6%) sixty-six and six tenths percent. 2/3 (66.6%) of 85% of my sentence is 57%. On completion of 57% of my total sentence I am eligible for modification of imposed term of imprisonment.

**Effective Date** - The Amendments made by this subsection shall take effect beginning on the date that the attorney general completes and receives the risk and needs assessment system under subchapter D of Chapter 229 of Title 18, United States Code as added by section 101(g).

Attached to this request is my risk and needs assessment documentation that I am eligible under the First Step Act and I am minimum recidivism risk level.

## Conclusion

I have met the qualifications for home confinement for low risk prisoners under the recently amended Federal Prisoners Re-Entry Initiative Reauthorization - Section 231(g) of the Second Chance Act of 2007 (34 U.S.C. 60541(g)) is amended: "Upon written request from either the Bureau of Prisons or an eligible elderly offender or eligible terminal ill offender" after "to home confinement."

For the foregoing reasons, petitioner Dongfan G. Chung, pro se, respectfully requests that the Court grant modification of imposed term of imprisonment and release me to home confinement.

Mar. 10, 2020
Date

Dongfan G. Chung
Petitioner, Pro Se

Executed under the pains and penalties of perjury pursuant to 28 U.S.C. §1746

-3-

## Factual and Procedural Background

I am 84 years old and have been in custody in connection with the present offenses of 18:371 Conspiracy; 18:1831(A)(1) CT1; (3) economic espionage CT 2-7; 18:951 Acting as an agent of foreign government without prior notification to attorney general CT 10; 18:1001 False Statements CT 14 since incarceration on 2-8-2010, which amounts to 160 months after good days of incarceration plus another 845 days for good time credits. I have served a term of approximately 128 months.

Calculations: Two-thirds (66.6%) of 85% of my total sentence = 57%. 57% of my total sentence of 188 months = 107. Since I have served 128 months total as of March, 2020, I am eligible for modification.

-Exhibit 1-

United States District Court
For The Central District of California
Santa Anna Division

Dongfan G. Chung           )
                           )
         Petitioner        )
                           )
                           )
    v.                     ) SACR 08-00024-CJC
                           )
                           )
United States of America   )
                           )
         Respondent        )
                           )
                           )

Motion to Request an Expedited Ruling

I respectfully request an expedited ruling as an elderly inmate who has high medical costs and is at high risk for illness and death in prison. Justice delayed is justice denied. I request damages of $1,000 for every day of delay in release from prison from the effective date that the Attorney General completed his risk and needs assessment system. At Butner LSCI, the date on my risk and needs personal assessment program was December 6, 2019. The Bureau of Prisons has had deliberate ignorance and willful obstruction of the First Step Law of December 21, 2018.

I pray that the Court grant expedited modification of imposed term of imprisonment and release me to home confinement.

Mar. 10, 2020
Date

Dongfan G. Chung
Petitioner, Pro Se

Executed under the pains and penalties of perjury pursuant to 28 U.S.C. §1746

-1-

